# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David E. Rivers,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                               3:07-CV-387

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2008 Order.

                                                Signed: June 9, 2008

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court